United States District Court
Southern District of Texas
**ENTERED**
July 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FCCI INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-03811 |
| MARINE TECH SERVICES, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on June 30, 2023. Doc. #33. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, the Court hereby DENIES Defendants Bethany Schmidt and Jerrod Monaghan's Motion to Dismiss and to Strike (Doc. #18), and Defendant Marine Tech Services, LLC's Motion to Dismiss and to Strike (Doc. #21).

It is so ORDERED.

JUL 2 8 2023
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge